**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ERNIE JACKSON and MARY KATHLEEN JACKSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SAFECO INSURANCE COMPANY and )<br>ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Defendants. ) | Case No. 15-CV-0187-CVE-TLW |

## ORDER

Plaintiffs' counsel was permitted to withdraw from their representation of plaintiffs, and the Court directed plaintiffs to obtain new counsel or enter pro se appearances no later than May 18, 2015. Dkt. # 18. Plaintiffs did not retain alternate counsel or enter pro se appearances and, on June 10, 2015, the Court advised plaintiffs that their claims could be dismissed if they did not comply with the Court's order. Dkt. # 31. Plaintiffs have not retained new counsel or entered pro se appearances, and it does not appear that plaintiffs intend to prosecute their claims. The Court finds that plaintiffs' claims should be dismissed due to their failure to prosecute their claims.

**IT IS THEREFORE ORDERED** that plaintiffs' complaint (Dkt. # 2) is **dismissed without prejudice** for failure to prosecute. A separate judgment of dismissal is entered herewith.

**DATED** this 17th day of July, 2015.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE