**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ERNIE JACKSON and MARY KATHLEEN JACKSON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 15-CV-0187-CVE-TLW** |
| ) | |
| **SAFECO INSURANCE COMPANY and** ) | |
| **ACE AMERICAN INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

**JUDGMENT OF DISMISSAL**

This matter has come before the Court for consideration and an Order (Dkt. # 32) dismissing

plaintiffs' case for failure to prosecute has been entered.  A judgment of dismissal of plaintiffs'

claims is hereby entered.

**IT IS SO ORDERED** this 17th day of July, 2015.

_____

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE